## United States Bankruptcy Court
## Southern District of Ohio

In re,    **Gary A Speakman**                        Case No. 15-56609
                  Debtor(s)                          Chapter 13

### Notice of Change of Address

Debtor's Social Security Number:    xxx-xx-2112

**Debtor's Former Mailing Address was:**

    Name:                **Gary A Speakman**

    Street:              **836 Cliffside Dr.**

    City, State, and Zip: **Chillicothe, OH 45601**

**Please be advised that effective December 19, 2016, Debtor's new mailing address is:**

    Name:                **Gary A Speakman**

    Street:              **79 Limestone Blvd.**

    City, State, and Zip: **Chillicothe, OH 45601**

/s/Karrie Mae Southern
Karrie Mae Southern (0090717)
Attorney for Debtor(s)
Karrie Mae Southern Law Office, LLC
253 South Paint St., Suite. E
Chillicothe, OH 45601-3832
Ph (740) 851-5997
Fx (740) 777-9618
karrie@caresmail.com

Change of Address Form